UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

|  |  |
|---|---|
| In re: Mortgage Foreclosure Cases | Misc. No. 11-mc-88-M-LDA |

REQUEST TO DISBURSE FUNDS
BECAUSE OF USE & OCCUPANCY OVERPAYMENT

Now comes the Special Master appointed in the above captioned case and requests permission to disburse funds from the Use and Occupancy fees, held in escrow accounts, to the following plaintiffs who have overpaid such fees:

CA 11-305    Sullivan v. Mortgage Electronic Registration Systems, Inc. et al    Amount: $15
             (Disbursement to be made to Corey Allard, as attorney for David Sullivan)

CA 11-454    Ziobro v. Mortgage Electronic Registration Systems, Inc. et al    Amount: $470
             (Disbursement to be made to Corey Allard, as attorney for Thomas Ziobro)

CA 11-506    Shawmut Realty Company v. Lehman Brothers Bank, FSB et al    Amount:$1,560
             (Disbursement to be made to Corey Allard, as attorney for Shawmut Realty Company)

CA 11-623    Dumont v. Mortgage Electronic Registration Systems, Inc. et al    Amount: $450
             (Disbursement to be made to Corey Allard, as attorney for Jonathan Dumont)

CA 12-128    Danowski v. Mortgage Electronic Registration Systems, Inc. et al    Amount: $919
             (Disbursement to be made to Corey Allard, as attorney for Donald Danowski)

CA 12-221    Sheperd v. Wells Fargo Bank, NA et al    Amount: $570
             (Disbursement to be made to Corey Allard, as attorney for Alan Sheperd)

CA 12-225    LaRochelle v. Lighthouse Mortgage Company, Ltd. et al    Amount: $390
             (Disbursement to be made to Corey Allard, as attorney for Victoria LaRochelle)

| | | |
|---|---|---|
| CA 12-334 | Lesniak v. Wells Fargo Bank, N.A. et al<br>(Disbursement to be made to John Ennis, as attorney for Louis Lesniak) | Amount: $370 |
| CA 12-406 | Senra et al v. Mortgage Electronic Registration Systems, Inc. et al<br>(Disbursement to be made to Corey Allard, as attorney for Arthur Senra<br>And Paula Senra) | Amount $600 |
| CA 12-465 | Batista v. Option One Mortgage Corporation et al<br>(Disbursement to be made to Corey Allard, as attorney for Manuel Baptista) | Amount: $37 |
| CA 12-649 | Wood et al v. Ameriquest Mortgage Company et al<br>(Disbursement to be made to Corey Allard, as attorney for Benjamin Wood<br>and Kirk Andrews) | Amount: $10 |
| CA 12-719 | McInerney et al v. National City Mortgage Co. et al<br>(Disbursement to be made to Corey Allard, as attorney for Karen McInerney) | Amount: $50 |
| CA 12-871 | Dan-Harry v. National City Bank of Indiana et al<br>(Disbursement to be made to Keven McKenna, as attorney for Dawari Dan-Harry) | Amount: $480 |
| CA 12-932 | Rosario v. Mortgage Electronic Registration Systems, Inc. et al<br>(Disbursement to be made to Corey Allard, as attorney for Evaristo Rosario) | Amount: $630 |
| CA 13-244 | Kania v. PNC Bank, NA<br>(Disbursement to be made to Todd Dion, as attorney for Gwyneth Kania) | Amount:$1,420 |
| CA 13-249 | Almonte v. Nationstar Mortgage, LLC et al<br>(Disbursement to be made to John Ennis, as attorney for Pedro Almonte) | Amount: $140 |
| CA 13-309 | Baez v. Bank of America, N.A.<br>(Disbursement to be made to John Ennis, as attorney for Francisco Baez) | Amount:$1,450 |
| CA 12-867 | Yussuf v. Mortgage Electronic Registration Systems, Inc. et al<br>(Disbursement to be made to Corey Allard, as attorney for Ayisat Yussuf) | Amount: $530 |

In the below case, the Plaintiffs and/or Defendants owe outstanding retainer invoices at the time of this writing. As it relates to this case, the Special Master recommends that the overpaid Use & Occupancy funds first be applied towards satisfaction of outstanding retainer invoices with the remaining balance being disbursed to the plaintiff:

| | | |
|---|---|---|
| CA 12-664 | Genao v. Chase Bank USA N.A. et al<br>Disbursement to be made as follows: 1) the sum of $100 to the Office of the Special Master, (in satisfaction of October, 2013 retainer invoices for the Plaintiff); 2) the | Amount: $640 |

2

sum of $540 to the Plaintiff, Rafael Genao [Disbursement to be made to John Ennis, as attorney for Rafael Genao].

_____    _1/14/2014_____
Barbara Hurst                        Date
Deputy Special Master


IT IS SO ORDERED

_____    _1-14-14_____
John J. McConnell, Jr.               Date
United States District Judge